

# SEALED

DANIEL G. BOGDEN
United States Attorney
Kathleen Bliss
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2012 MAR -8  P 2: 37

## UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Mandie Lee ABELS ) <br> Defendant ) | Case No. 2:12-CR-58-1 <br><br> PETITION FOR ACTION <br> ON CONDITIONS OF <br> <u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Tonya L. Jacobsen</u>, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this <u>6th</u> day of March, 2012.

DANIEL G. BOGDEN
United States Attorney

By _____/S/_____
Kathleen Bliss
Assistant U. S. Attorney

US
(revised 12/04)

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEVADA

U.S.A. vs. Mandie Lee ABELS          Docket No. 2:12-CR-58-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Tonya L. Jacobsen, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Mandie Lee ABELS, who was placed under pretrial release supervision by Honorable Philip M. Pro in the Court at Las Vegas, Nevada, on February 22, 2012, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services Supervision;
2. Refrain from the use or possession of controlled substances.
3. Do not associate with or be in the presence of those using or possessing controlled substances.
4. Submit to drug testing as directed by Pretrial Services.
5. Actively seek and maintain lawful and verifiable employment and notify Pretrial Services prior to any change.
6. Surrender all passports to Pretrial Services.
7. Do not obtain a new passport or any other travel documents.
8. Travel is restricted to the continental United States.
9. Submit to a mental health assessment and treatment as deemed necessary by Pretrial Services and pay associated costs, based upon ability.
10. Have no contact with co-defendants, alleged witnesses or potential victims.

### Respectfully presenting Petition for Action of Court and for cause as follows:

1. On March 5, 2012, our office was informed by the supervising officer in the Eastern District of California that Ms. Abels had been present at the residence of Mike Crowder, her "ex-boyfriend" at 9539 Carnation Avenue, Fountain Valley, California, 92708, for the past four days. It should be noted Fountain Valley, California is located in the Central District of California, approximately 150 miles away.

**PRAYING THAT THE COURT WILL ORDER THAT:** The defendant's conditions of release are modified to add the following conditions:

1. Maintain residence at 1925 Lake Casitas Court, Bakersfield, California, 93314, and do not move without Pretrial Services approval.
2. Travel is restricted to the Eastern District of California and the District of Nevada for court purposes only. Pretrial Services may approve travel outside of these districts with prior approval and verifying documentation.

ORDER OF COURT

Considered and ordered this 8th day of March, 2012, and ordered filed and made a part of the records in the above case.

_Philip M. Pro_
Honorable Philip M. Pro
United States District Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 6th day of March, 2012.

Respectfully Submitted,

_Tonya Jacobsen_
Tonya L. Jacobsen
United States Pretrial Services Officer

Place: Las Vegas, Nevada