# SEALED



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United State of America

        Plaintiff,

vs.

Mandie L . Abels

        Defendant.

District No.   2:12-CR-058-PMP-RJJ

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On April 8, 2014 this court received a transcript order form dated April 8, 2014 requesting Transcripts of hearings held on February 22, 2012 and May 14, 2012 from Assistant United States Attorney Mr. Nicholas D. Dickinson counsel for the Government, in which **portions of each hearings are sealed.**

**IT IS THE ORDER OF THE COURT** that portions of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcripts of hearing as requested by the Government.

**IT IS FURTHER ORDERED** that portions of each sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Government's Counsel shall not disclose the sealed contents of each transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED this _10th_ day of April, 2014.

Philip M. Pro
United States District Judge