# SEALED



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America

             Plaintiff,

vs.

Mandie L. Abels

             Defendant.

District No.   2:12-CR-058-PMP-RJJ

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

     On April 8th, 2014 this court received a transcript order form dated April 8th, 2014 requesting a Transcript of a **sealed** hearing held on February 22, 2012 from Assistant United States Attorney Nicholas D. Dickinson, counsel for the Government.

     The CD containing this sealed recording is corrupt and needs to be sent to third party vender JCG Technologies to attempt recovery of the audio.

     **IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of allowing JCG Technologies to attempt to recover the audio contained on the CD.

     **IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

     **IT IS FURTHER ORDERED** that JCG Technologies or any of its employees, contractors or affiliates shall not disclose the sealed contents of the audio to anyone other than the employees of the Systems Department of the United States District Court for the District of Nevada.

     DATED this _11th_ day of April, 2014.

                                                                         Phillip M. Pro

                                                                         United States District Judge