# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00058-PMP |
| Plaintiff, | ORDER |
| vs. | |
| MANDIE L. ABELS, | |
| Defendant. | |

Based on the government's Motion to Unseal Case:

IT IS HEREBY ORDERED that this case be unsealed.

DATED this 20th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE