DANIEL G. BOGDEN
United States Attorney
District of Nevada
NICHOLAS D. DICKINSON
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

JOCELYN SAMUELS
Acting Assistant Attorney General–Civil Rights Division
PATRICIA A. SUMNER
Trial Attorney
601 D Street NW, 5th Floor
Washington, D.C. 20530
202-616-4719

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:12-cr-00058-PMP<br>) Case No.: 2:12-cr-00063-PMP-CWH |
| vs. | ) REQUEST TO RELEASE PORTIONS OF<br>) MANDIE ABELS PRESENTENCING<br>) INVESTIGATION REPORT TO<br>) DEFENDANTS HACK AND JONES |
| ROSS HACK<br>and<br>LELAND JONES, | ) |
| Defendants. | ) |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, for the District of Nevada, and by and through Jocelyn Samuels, Acting Assistant Attorney General, and Patricia A. Sumner and Julia Gegenheimer, Trial Attorneys, for the Civil Rights Division of the Department of Justice, requests that the Court enter an order allowing the government to provide to defendants Ross Hack and Leland Jones portions of the Presentencing Investigation Report in order to ensure that

the defendants in United States v. Ross Hack and Leland Jones, 2:12-cr-00063-PMP-CWH, are provided with potential Giglio information related to Ms. Abels.

Dated this 1st day of July 2014.

                                          Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: /s/ Nicholas D. Dickinson
    NICHOLAS D. DICKINSON
    Assistant United States Attorney

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

By: /s/ Patricia A. Sumner
    PATRICIA A. SUMNER
    Trial Attorney

By: /s/ Julia Gegenheimer
    JULIA GEGENHEIMER
    Trial Attorney

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. District Judge
July 2, 2014