DANIEL G. BOGDEN
United States Attorney
District of Nevada
NICHOLAS D. DICKINSON
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

VANITA GUPTA
Acting Assistant Attorney General – Civil Rights Division
PATRICIA A. SUMNER
JULIA GEGENHEIMER
Trial Attorneys
601 D Street NW, 5th Floor
Washington, D.C. 20530
202-616-4719

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0058-PMP |
| Plaintiff, | |
| vs. | UNITED STATES' MOTION FOR REDUCTION OF SENTENCE |
| MANDIE L. ABELS, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, for the District of Nevada, and by and through Vanita Gupta, Acting Assistant Attorney General, and Patricia A. Sumner and Julia Gegenheimer, Trial Attorneys, for the Civil Rights Division of the Department of Justice, hereby files this Motion for Reduction of Sentence under Federal Rule of Criminal Procedure 35(b)(2).

1    On February 22, 2012, defendant Manide Abels pleaded guilty to Conspiracy to Murder,
2  in violation of 18 U.S.C. § 1117. (Doc. 10) Defendant Abels and the government entered into a
3  binding plea agreement that called for a sentence of 15 years (180 months) in prison. (Doc. 7)
4  On May 14, 2012, the Court accepted the binding plea agreement and sentenced Abels to 180
5  months in prison.

6    Under the cooperation provisions of the plea agreement, the government agreed that the
7  government, if in its discretion, determined that defendant Abels had substantially assisted the
8  government, the government would file a motion for reduction of sentence under Rule 35. (Doc.
9  7 at 6-10) The United States now moves for a reduced sentence for defendant Abels, because
10 defendant Abels provided substantial assistance in the prosecution of Melissa Hack, Ross Hack
11 and Leland Jones. The information that defendant Abels provided to the government also
12 assisted in gaining the cooperation of John Butler. Defendant Abels testified before the grand
13 jury and testified in the August 2014 trial of Ross Hack and Leland Jones.

14   Under Rule 35, the Court can grant a Rule 35 motion made by the government more than
15 one year after sentencing if a defendant's "substantial assistance involved information … which
16 did not become useful to the government until more than one year after sentencing." In this case,
17 the information that defendant Abels provided was needed in the August 2014 trial of Ross Hack
18 and Leland Jones. Defendant Abels' trial testimony greatly factors into the government's
19 evaluation of her substantial assistance.[1]

20 . . . .
21 . . . .
22 . . . .

---

[1] The government will file a separate memorandum that will recommend a specific reduction in defendant Abels' 180-month sentence.

The government respectfully requests that the Court set a hearing during the week of January 5, 2015, at which time the Court can address this motion.

Dated this 18th day of November 2014.

                                  Respectfully submitted,

                                  DANIEL G. BOGDEN
                                  United States Attorney

                              By: /s/ Nicholas D. Dickinson
                                  NICHOLAS D. DICKINSON
                                  Assistant United States Attorney

                                  VANITA GUPTA
                                  Acting Assistant Attorney General
                                  Civil Rights Division

                              By: /s/ Patricia A. Sumner
                                  PATRICIA A. SUMNER
                                  JULIA GEGENHEIMER
                                  Trial Attorneys
                                  U.S. Department of Justice
                                  Civil Rights Division
                                  601 D Street, NW
                                  Washington, DC 20530