RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org

Attorney for Mandie Lee Abels

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANDIE LEE ABELS,<br><br>           Defendant-Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>           Plaintiff-Respondent. | Case No. 2:12-CR-00058-APG-RJJ<br><br>**EX PARTE NOTICE OF CONFLICT AND MOTION TO WITHDRAW AS COUNSEL** |

      Amy B. Cleary, Assistant Federal Public Defender, on behalf of Rene Valladares, the Federal Public Defender for the District of Nevada, who was appointed counsel to the Defendant-Petitioner MANDIE LEE ABELS, as her counsel and on her behalf, move the Court to relieve the Federal Public Defender as counsel, based on an expressed conflict of interest.

      1.    The Federal Public Defender was appointed as counsel for Ms. Abels on August 11, 2016, relative to her pro se motion (ECF No. 33) under 28 U.S.C. § 2255 seeking a minor role reduction in her sentence pursuant to *United State v. Quintero-Leyva*, 2016 WL 2865713 (9th Cir. 2016). ECF No. 35.

      2.    Upon receiving the order of appointment for Ms. Abels, undersigned counsel conducted a conflict check and discovered the Office of the Federal Public Defender is

conflicted from this case due to previous representation of another significant actor in the underlying case.

3. According to the Nevada Rules of Professional Conduct for lawyers and Ms. Label's constitutional rights under the Fifth and Sixth Amendments to the United States Constitution to have representation free of conflicts of interest, the Court is asked to relieve the Federal Public Defender as counsel for Ms. Abels and to appoint replacement counsel without delay.

DATED this 17th day of August, 2016.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Amy B. Cleary*
AMY B. CLEARY
Assistant Federal Public Defender

2