IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEVADA
CASE NO: 2:12-CR-00058-APG-RJJ

MANDIE LEE ABELS,
      PETITIONER

VS

UNITED STATES OF AMERICA,
      RESPONDENT



## MOTION TO WITHDRAW PETITIONER'S 28 U.S.C §2255

COMES NOW, the petitioner in this matter, Mandie Lee Abels, proceeding pro se at this juncture, respectfully asks of this Honorable Court to accept this hereto motion asking the Court to be allowed to withdraw her 28 U.S.C. § 2255, in light of Amendment (794). Petitioner is aware that the Court is not in a position to take matters lightly and for this reason sees that it's in her best interest not to waste any more of the Courts time.

Wherefore, petitioner, asks humbly that the Court dismiss her petition without prejudice.

Respectfully submitted,

_Mandie Lee Abels_
Mandie Lee Abels

CERTIFICATE OF SERVICE

Under the penalty of perjury, I, <u>Mandie Lee Abels</u> hereby state, that the hereto motion, was placed in the prison mailbox on <u>08/15/2016</u>, and mailed to the parties having interest in the outcome of said motion.

<u>    United States Courthouse    </u>

<u>    333 Las Vegas Blvd. South, 1st</u> Floor

<u>Las Vegas, NV   89101           </u>

_____


_[signature]_____ Executed: <u>08/15/2016</u>
    sign                                                        date

MANDIE LEE ABELS

# <u>46604-048</u>

<u>FCI Aliceville</u>

<u>PO Box 4000</u>

<u>Aliceville, AL   35442</u>

Federal Correctional
Institution - Aliceville
Mandie Abels #46604-048
PO Box 4000
Aliceville, AL 35442

BIRMINGHAM AL 350

15 AUG 2016 PM 5 L

⇔46604-048⇔
Lloyd D George
United States Courthouse
333 LAS Vegas BLVD S
Room 1334
LAS Vegas, NV 89101
United States

89101-705934